IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. CR 08-117-S-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| SAMMY GARCIA, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 6, 2008, Defendant SAMMY GARCIA, JR. appeared before the undersigned

United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement.

The Defendant executed a waiver of the right to have the presiding United States District Judge

take his change of plea. Thereafter, the Court explained to the Defendant the nature of the

charges contained in the applicable Indictment (Docket No. 1), the maximum penalties

applicable, his constitutional rights, the impact that the Sentencing Guidelines will have, and that

the District Judge will not be bound by the agreement of the parties as to the penalty to be

imposed.

The Court, having conducted the change of plea hearing and having inquired of the

Defendant, her counsel, and the government, finds that there is a factual basis for the Defendant's

REPORT AND RECOMMENDATION - 1

guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## **RECOMMENDATION**

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1)      The District Court accept Defendant SAMMY GARCIA, JR.'s plea of guilty to Counts 1 and 4 of the Indictment (Docket No. 1), and that a pre-sentence report be ordered.

2)      The District Court GRANT, at the appropriate time, the United States' motion to dismiss Counts 2 and 3 of the Indictment (Docket No. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 6th , 2008.

CANDY WAGAHOFF DALE
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2